```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

DAVID L. JOYCE,                     :
                                    :
    Plaintiff,                      :
                                    :
    v.                              :     CASE NO. 3:12CV901(RNC)
                                    :
SCOTT SEMPLE et al.,                :
                                    :
    Defendants.                     :

## RULING AND ORDER

Plaintiff David L. Joyce, a state prisoner, brings this action pro se[1] under 42 U.S.C. § 1983 against employees of the Connecticut Department of Correction.  On March 18, 2014, the court held a telephonic conference with plaintiff and defendant's counsel Assistant Attorney General Madeline A. Melchionne.  The court rules as follows on the pending motions:[2]

    1) Plaintiff's Motion for Evidentiary Hearing (doc. #53) is denied without prejudice.  Plaintiff may challenge the authenticity of any exhibit offered by defendants for use at trial by filing a motion in limine once the court has set a trial date.

---

[1] The court appointed counsel to plaintiff in June 2013. (Doc. #46.)  In November 2013, the court granted counsel's motion to withdraw and granted plaintiff's motion to appoint substitute counsel.  (Doc. #52.)  To date, no attorney has agreed to take the case pro bono.

[2] District Judge Robert N. Chatigny referred the motions to the undersigned.  (Docs. #54, #59, #63.)

2) Plaintiff's Motion for Settlement Conference (doc. #57) is granted.  A video settlement conference will be scheduled for late May.

3) Plaintiff's Motion to Compel (doc. #58) is granted, and defendant's Motion for Extension of Time (doc. #61) is granted. No later than **April 4, 2014,** defendant shall serve full responses to all outstanding discovery requests.  Defendant's counsel is admonished that she must strictly abide by any deadlines set forth in court orders and the rules of procedure.

4)  Discovery in this case shall be completed (not propounded) by **May 16, 2014.**  Dispositive motions may be filed on or before **June 30, 2014.**

SO ORDERED at Hartford, Connecticut this 18th day of March, 2014.

```
            _____/s/_____
                   Donna F. Martinez
                   United States Magistrate Judge
```